**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-15-0000002**
**25-FEB-2015**
**11:29 AM**

NO. CAAP-15-0000002

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

PERCY H. CHINERY, III, Plaintiff-Appellee, v.
SUZANNE CHINERY, Defendant-Appellant

APPEAL FROM THE FAMILY COURT OF THE FIRST CIRCUIT
(FC-D NO. 12-1-621)

ORDER APPROVING THE
FEBRUARY 19, 2015 STIPULATION TO DISMISS
APPELLANT-DEFENDANT'S APPEAL WITH PREJUDICE
(By: Leonard, J.)[1]

Upon consideration of the stipulation to dismiss appeal
(**Stipulation**) filed by Suzanne Chinery, Defendant Appellant,
through counsel Nicholas P. Ching, it appears that this appeal
has not been docketed, and that the parties seek to dismiss the
appeal pursuant to Rule 42 of the Hawai'i Rules of Appellate
Procedure (HRAP).

Therefore, IT IS HEREBY ORDERED that the Stipulation is
approved pursuant to HRAP Rule 42(a), and the appeal is

---

[1] Considered by Foley, Presiding Judge, Leonard and Ginoza, JJ.

dismissed.   The parties shall bear their own appellate costs and fees.

DATED: Honolulu, Hawai'i, February 25, 2015.

FOR THE COURT:

Associate Judge